CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 17 2008

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM CARSON WILES, | ) | |
|     Petitioner, | ) | Civil Action No. 7:07-cv-00402 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JEFFREY N. DILLMAN, | ) | By: Samuel G. Wilson |
|     Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that respondent's motion to dismiss is **GRANTED** and the above referenced 28 U.S.C. § 2254 petition is **DISMISSED**. Wiles' motion to strike the respondent's pleadings as time barred is **DENIED** because the pleadings were not late. This action is **STRICKEN** from the active docket of the court.

The clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel for respondent.

**ENTER**: This 17th day of July, 2008.

                                                           United States District Judge